MICHAEL E. BREWER, Bar No. 177912
ALEXA L. WOERNER, Bar No. 267609
LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
Telephone:     925.932.2468
Fax No.:        925.946.9809

Attorneys for Defendant
THE DAVEY TREE EXPERT COMPANY

JOHN F. MARTIN, Bar No. 52618
DENISE M. CARDOSO, Bar No. 245419
LAW OFFICES OF JOHN F. MARTIN
A Professional Corporation
3100 Oak Road
Suite 230
Walnut Creek, CA  94596
Telephone:     925.937.5433
Fax No.:        925.938.5567

Attorneys for Plaintiff
MATTHEW METCHO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW METCHO,<br><br>                  Plaintiff,<br><br>          v.<br><br>THE DAVEY TREE EXPERT<br>COMPANY, and DOES 1-10,<br><br>                  Defendant. | Case No. 2:11-CV-02649-JAM-CKD<br><br>**ORDER ON<br>STIPULATION OF DISMISSAL** |

          On or before October 4, 2012, the parties jointly submitted a Stipulation of Dismissal to the Court.  Accordingly, the instant matter is dismissed in its entirety, with prejudice.

///

///

///

[PROPOSED] ORDER ON STIPULATION OF DISMISSAL
CASE NO. 2:11-CV-02649-JAM-CKD

IT IS SO ORDERED

      Dated this 4th  day of  October, 2012.

                             /s/ John A. Mendez

                             THE HONORABLE JOHN A. MENDEZ
                             UNITED STATES DISTRICT JUDGE

Law Offices of John F. Martin, P.C.
ATTORNEYS AT LAW

[PROPOSED] ORDER ON STIPULATION OF DISMISSAL
CASE NO. 2:11-CV-02649-JAM-CKD